UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> CREE, INC., <br><br> Defendant. | Civil Action No.  2:14-cv-02004-JLL-JAD <br><br> *Document Filed Electronically* |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Honeywell International Inc. ("Honeywell") and Defendant Cree, Inc. ("Cree") are parties to a litigation in the United States District Court for the District of New Jersey, Civil Action No. 14-cv-2004(JLL)(JAD), relating to U.S. Patent No. 6,373,188 and U.S. Reissued Patent No. RE41,685;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that all claims and counterclaims brought by each of Honeywell International Inc. and Cree, Inc. are hereby dismissed with prejudice, pursuant to Rule 41(a)(1) and Rule 41(c) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: October 19, 2015

By:

| | |
|---|---|
| **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** | **SAIBER LLC** |
| Attorneys for Defendant Cree, Inc. | Attorneys for Plaintiff Honeywell International Inc. |
| *s/ Joseph P. LaSala* | *s/ Arnold B. Calmann* |
| Joseph P. LaSala | Arnold B. Calmann |
| Eliot Rothstein | Katherine A. Escanlar |
| 1300 Mount Kemble Avenue | One Gateway Center, 10th Floor |
| P.O. Box 2075 | Newark, New Jersey 07102-5311 |
| Morristown, NJ 07962-2075 | Telephone: 973.622.3333 |
| Telephone: 973.993.8100 | Facsimile: 973.286.2465 |
| jlasala@mdmc-law.com | abc@saiber.com |
| erothstein@mdmc-law.com | kae@saiber.com |
| | |
| Blaney Harper | Edward Han |
| **JONES DAY** | Marc A. Cohn |
| 51 Louisiana Avenue N.W. | **ARNOLD & PORTER LLP** |
| Washington D.C. 20001 | 555 Twelfth Street NW |
| Telephone: 202.879.3939 | Washington, DC 20004-1206 |
| bharper@jonesday.com | Telephone: 202.942.5000 |
| | Facsimile: 202.942.5999 |
| Lynne A. Borchers | Ed.Han@aporter.com |
| **MYERS BIGEL** | Marc.Cohn@aporter.com |
| P.O. Box 37428 | |
| Raleigh, NC 27627 | Ryan J. Casamiquela |
| Telephone: 919.854.1400 | **ARNOLD & PORTER LLP** |
| Fax: 919.854.1401 | Three Embarcadero Center, 10th Floor |
| lborchers@myersbigel.com | San Francisco, CA 94111-4024 |
| | Telephone: 415.471.3100 |
| | Facsimile: 415.471.3400 |
| | Ryan.Casamiquela@aporter.com |

**IT IS HEREBY SO ORDERED** this ___20___ day of ___OCTOBER___, 2015.

_____
**THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE**

2